UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO: 1:21-CR-00062-MOC-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WALTER PAUL LINN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment (#3). The Government requests dismissal in the above-captioned matter because Defendant Linn died in a motor vehicle collision on December 6, 2020. Finding good cause for dismissal, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment (#3), is **GRANTED**, and the indictment in the above-captioned matter is **DISMISSED** as to Defendant.

Signed: August 26, 2021

Max O. Cogburn Jr
United States District Judge